UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:19-cv-422

HON. JANET T. NEFF

## ORDER

This is a civil action under 42 U.S.C. § 1983. Plaintiff filed a Motion for Leave to Proceed Anonymously (ECF No. 2). On July 1, 2019, the Magistrate Judge issued a Report and Recommendation, recommending that this Court grant the motion. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 4) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Leave to Proceed Anonymously (ECF No. 2) is GRANTED.

Dated: September 24, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge